CRIMINAL LAW ⊂⊃1090—MATTERS REVIEWABLE—RESERVATION OF GROUNDS.

Where there is neither statement of facts nor bill of exceptions, and the only ground of a motion for new trial is that the verdict is contrary to the law and evidence, the ruling thereon cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. ⊂⊃1090.]

Appeal from Johnson County Court; B. Jay Jackson, Judge.

Dennis Lockhart was convicted of violating the local option law, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J.   Appellant was convicted of violating the local option law; his punishment being assessed at a fine of $50 and 30 days' imprisonment in the county jail.

This record is before us without a statement of facts or bill of exceptions. The only ground of the motion for new trial is that the verdict of the jury is contrary to the law and against the evidence. This cannot be revised or reviewed in the absence of the evidence.

The judgment is affirmed.

---

GARZA v. STATE.    (No. 3693.)

(Court of Criminal Appeals of Texas.   Oct. 13, 1915.)

CRIMINAL LAW ⊂⊃1114 — APPEAL — MATTERS REVIEWABLE—PRESERVATION OF GROUNDS.

Where the record on appeal contains no statement of facts, bill of exceptions, or motion for new trial, no question is presented which can be reviewed by the appellate court.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2918, 2921; Dec. Dig. ⊂⊃1114.]

Appeal from Bexar County Court; Nelson Lytle, Judge.

P. T. Garza was convicted of aggravated assault, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J.   Appellant was convicted of aggravated assault; his punishment being assessed at a fine of $100 and 90 days' imprisonment in the county jail.

The record is before us without a statement of facts or bill of exceptions, nor does the record contain a motion for new trial.

The judgment is affirmed.